**FULL NAME:** Anthony Joseph Burgos

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 9500 Etiwanda Ave, Rancho Cucamonga Ca, 91739

**PRISON NUMBER (if applicable):** SC#1 (WVDC) 1511340725

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Anthony J Burgos

PLAINTIFF,

v.

San Bernardino County Sheriffs Department

DEFENDANT(S).

**CASE NUMBER:** EDCV16-00429-JFW (AS)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

LODGED
CLERK, U.S. DISTRICT COURT
MAR -9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ___0___

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

On Sept 19, 2014 I was a Victim Of a Battery By A Deputy Of the San Bernardino sheriffs Department... On the 19th Of September, I was In Custody And housed In "West Valley Detention Center", In Rancho Cucamonga Ca. I've Been In Max Custody And Early Morning Hours, I was Suppose to Appear In front Of a Judge, when Deputy Alejandro Barrero slap Me Across the Head And started forcefully pushing me Down a Hallway.

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT  Page 1 of 6

Cont: 1-5

1. Before We Are Escorted to Court
2. We Are Hand-Cuffed to A 5-Man
3. Chain, put On A Bus And transported
4. To The Courthouse.
5. Being that Im a High-Custody Inmate
6. I'm transported with a "Black-Box",
7. And Shackles At my Ankles. However
8. Upon Arrival Of Rancho Cucamonga,
9. Court house Were Lead Off the Bus Into
10. A Hallway, Were we Are Lined Up
11. So the Deputy's Can Uncuff Us And
12. Send Us to Our Asigned Areas...
13. Being I Am High Custody, Inmates Of
14. My Level Are put In Single man-Ceils.
15. Well After the Other Inmates Were taken
16. Off the Chain with me Is when the
17. punishment started Happening.
18. Deputy Barrero, Alejandro Starting
19. Shoveing me Extreamly Hard, "forcefully"
20. Were at One point stop me In the
21. Middle Of the Hallway, purposely stepped
22. On my Leg-shackles And pushed me
23. forward.
24. Im still "Black-Boxed At my Waste
25. So the Impact Of my fall Was "Brutal",

1. And, Very painful...
2. It Caused Me (2) fractures And a
3. Broken Nose...
4. Because Of My Injures, I Needed
5. medical Attention, Therefore the
6. fire Department And Ambulance Were
7. Called And I was put On a stretcher &
8. placed In the Back Of the Ambulance
9. Before San Bernardino County sheriffs
10. Given the Authorization And taken me
11. Into there Custody, placeing me In the
12. Back Of a Sheriff Vehicle.
13. After I Was placed Behind the Vehicle,
14. I was than transported to (W.V.D.C)
15. The County facility, And Was Seen By
16. The medical personal, In the Infirmary...
17. Examinations (X-Rays) Have Been taken
18. Therefore Confirming my "Injuries"
19. (2) fractures And A Broken Nose...
20. About 1-Hour Later, I Was then
21. Transported to "Arrowhead Regional medical
22. Center", Hospital In COTTON, CALifornia.
23. They Confirm my Injuries, But stated
24. Nothing Could Be Done, Because Of Blood
25. Clogs. Back to County Jail I Was taken.

(3)

1. I than Soon Submitted And Ex-
2. hausted All My Grivenaces from
3. Sept 19th 2014 Incident.
4. In October 2014 Internal Affairs had
5. Come And Question me About Said In-
6. cident And I was told they Would Get
7. In-Contact with me But Never Did.
8.     Nov 2015 I have taken It Upon My-
9. Self to Contact Internal Affairs And
10. was told, "there Is Video Survillance, photo-
11. graphs On this Incident".
12.
13.     Around Or About Sept 23ed to A-
14. Bout the 30th, I had Went to Court And
15. Informed My Judge to put On Record I
16. Was a Victim, Therefore to please Save
17. All photographs And Survillance footage,
18. On this Incident...
19.     I Now state that I have had My
20. 8th Amendment Violated Of Cruel & Unusual
21. punishment Causeing Me Injuries...
22.
23.     These Are facts And What had
24. Taken place On September 19, 2014
25. Hopeing the Courts Will Help And
26. Understand that this Act Of Violence

(4)

Compensation for My Injuries, Pain And Suffering

Sincerly

Burgos Anthony

Completed 2.26.16

a. Parties to this previous lawsuit:
   Plaintiff _Anthony Joseph Burgos_

   Defendants _Alejandro Barrero Of the San Bernardino Sheriff's Department..._

b. Court _United States District Court Los Angeles California 90012_

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Bearly starting_

f. Issues raised: _8th Amandment Violation... "Cruel And Unusual Punishment" Causeing Injuries By a sheriff Deputy, Alejandro Barrero_

g. Approximate date of filing lawsuit: _2-26-16_

h. Approximate date of disposition _N/A_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _N/A_

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _N/A_

4. Please attach copies of papers related to the grievance procedure. _Grievance # 1434609198 / P# 8625-11_

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Anthony Joseph Burgos_
(print plaintiff's name)

who presently resides at _9500 Etiwanda Ave Rancho Cucamonga Ca_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_# Rancho Cucamonga Ca, Court House #_
(institution/city where violation occurred)

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 2 of 6

on (date or dates) __Sept 19th 2014_____, _____, _____.
                       (Claim I)                       (Claim II)                   (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __San Bernardino County Sheriffs Dept__ resides or works at
              (full name of first defendant)

             (full address of first defendant)
             __Sheriff Deputy Rancho Cucamonga Courthouse__
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
"__Unprofessional", Violating My 8th Amendment Cruel And Unusual Punishment' Causing Injuries__

2. Defendant __Alejandro Barrero__ resides or works at
             (full name of first defendant)

             (full address of first defendant)
             __San Bernardino Sheriff__
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
__While Working Under Color Of Law He Violated My 8th Amendment, Cruel & Unusual Punishment Causing Injuries!__

3. Defendant _____ resides or works at
             (full name of first defendant)

             (full address of first defendant)

             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

On Sept 19th, 2014, I had my 8th Amandment Violated By Being Injured By Deputy "Alejandro Barrero" who purposely stepped on my Legs shackles And push me forward Causeing me too Land face first Into Cement floor. Violation Of the Amandment, "Cruel And Unusual Punishment, Is A Brutal Act And Very Unprofessional Of a Deputy, who By Law Is to Serve And protect, Went Out Of his Way And performed His Duties Very Unprofessional... Therefore, the Lack Of his Unprofessionalism I Suffered a Broken Nose And (2) fractures In which He Violated My 8th Amandment Right... "Curel & Unusual Punishment"

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

① Video Surveillance          (Sept 19th 2014)
② Medical (X-Rays)           (Sept 19th 2014)
③ Photographs                 (Sept 19th 2014)

On Sept 19th 2014, I had Been a Victim And the following (3) Items Listed Are Actual facts... This Incident had taken place In Rancho Cucamonga Courthouse. Deputy Alejandro Barrero "forcefully" And physically Caused me Harm My stepping On my shackles And pushing me forward causeing me to Land On my face. There Is Video Surveillance On Upon Act, photographs Taken After Injuries. (X-RAYs) to Confirm Injuries from Sept 19th, 2014.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. **REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Compensatory & Punitive Damages Caused By Deputy Alajandro Barrero, Sheriff Of San Bernardino County. *

For All Medical Expanses And Coverages. I still have NOT yet had the ($) for fixing My Nose. I've Suffered a Sleeping Disorder, Loud Snoring, Constant Wakes, Tossing & Turning... Headaches, Dizzyness, Black-Outs And trouble Seeing. *

This has Caused me a ton Of stress, Breathing troubles, I Only Breath Out Of (1) Nostril. Violation Of my 8th Amandment Of Curel And Unusual punishment Causcing "Injuries" By Useing Excessive force.

I Believe Im Entitled to the following Reliefs Compensation for my Mental & Phyical Well Being.

I also Believe Based On His Lack Of Duty's And His Brutality he had Committed, that he would Be Relieved Of His position And Duty's As a Sheriff Officer. He's Capable Of Hurting Any Body And to pervent Any futher Incident's I Ask this Be taken In-to Consideration.

Futhermost I Ask that my Compensation Be Acknowledged And Granted Based On His performanace And Duties.

In Right, Wrong Or Indifferent I Want him Held Accountable for His Actions.

Febuary 26th 2016     Anthony Burgos
(Date)                (Signature of Plaintiff)




**San Bernardino County Sheriff's Department**
**Health Services Division**
**AUTHORIZATION FOR RELEASE AND/OR DISCLOSURE OF MEDICAL INFORMATION**

Please **REQUEST** medical information **FROM**:

Name of Health Care Provider: __West Valley Detention Center__
Street Address: __9500 Etiwanda Avenue__
City, State, and Zip Code: __Rancho Cucamonga, CA 91739__

Please **SEND** medical information **TO**:
__Correspondance clerk__
__312 N. Spring street Rm 6-8__
__Los Angeles Ca, 90012__

I hereby authorize __West Valley Detention Center__ to release and/or disclose the medical information as indicated below to the health care provider, entity, or person I have indicated above.

Release and/or disclose records and information regarding:

Patient's Name (Also list other names used): __Anthony Joseph Burgos__
Booking Number: __1408340661__
Medical Record Number: __N/A__
SSN: __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__
Date of Birth: __7-30-85__

**DURATION:** This authorization shall become effective immediately and shall remain in effect until __2-26-17__ (enter date) or for one year from the date of signature if no date entered.

**REVOCATION:** This authorization may be revoked in writing by the undersigned at any time prior to the release of information from the disclosing party. Written revocation will not affect any action taken in reliance on this authorization before the written revocation was received.

**REDISCLOSURE:** I understand that the requester may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless disclosure is specifically required or permitted by law.

**SPECIFY RECORDS TO BE RELEASED AND/OR DISCLOSED:**
Check the box and initial which type of information is to be released and/or disclosed:
☒ General Medical Information (from __9/19/14__ to __1/21/14__)
☒ Information regarding Specific Injury or Treatment (from __9/19/14__ to __1/21/14__)
☒ X-Ray (check one or both): ☒ Films ☒ Reports
☐ Laboratory Results
☐ Mental Health (from _____ to _____)
☐ Alcohol / Drug (from _____ to _____)
☐ HIV Test Results (from _____ to _____)
☐ Other (specify): _____

Signature of Patient or Patient's Representative _____ Date
Signature of Patient or Patient's Representative _____ Date
Signature of Patient or Patient's Representative _____ Date

I request that the health information released and/or disclosed pursuant to this authorization be used for the following purposes only: __Civil Law Suit__

A copy of this authorization is valid as an original. I have a right to receive and keep a copy of this authorization.

Date: __2-26-16__
Signature of Patient or Patient's Representative: __Anthony J. Burgos__
Indicate Relationship (if signed by other than patient): _____

☒ West Valley Detention Center • Attn: Medical Clinic • 9500 Etiwanda Ave • Rancho Cucamonga, CA 91739 • Phone: (909) 463-5085 • Fax: (909) 463-5095
☐ Glen Helen Rehabilitation Center • Attn: Medical Clinic • P.O. Box 9490 • San Bernardino, CA 92427 • Phone (909) 473-2503 • Fax (909) 473-2643
☐ Central Detention Center • Attn: Medical Clinic • 630 E. Rialto Ave. • San Bernardino, CA 92415 • Phone: (909) 386-0912 • Fax: (909) 386-0939
☐ High Desert Detention Center • Attn: Medical Clinic • 9438 Commerce Way • Adelanto, CA 92301 • Phone (760) 530-9363 • Fax (760) 246-4628

Rev. 04/17/14

# San Bernardino County Sheriff's Department
## Health Services Division

### INMATE PERSONAL MEDICAL RECORDS PROCEDURE & ACKNOWLEDGEMENT OF FEE

Requests for medical records for personal use will be processed if the following conditions are met:

1) You have completed and signed an *Authorization for Release and/or Disclosure of Medical Information* form

2) You must have at positive balance of $16.00 on your books

3) This form signed and returned with the *Authorization for Release and/or Disclosure of Medical Information* form

A copy of your records **will be placed in your property** and your account will be debited for $16.00.

If you prefer to have your personal physician or other licensed care provider request your medical records for the purpose of continuing your medical care, copies will be mailed to your care provider at no charge.

You may also request your medical records through your attorney by obtaining an authorization form provided by your attorney's office. Your medical records will be mailed to your attorney with no immediate charge to you.

Inmates who are pro per may have a copy of their records while housed at WVDC if they complete and sign a release form. The $16.00 charge applies.

Please resubmit with the following:

☒ Authorization completed and signed

☒ A balance of $16.00 on your books

☒ This form must be signed and returned to Medical Records acknowledging that you are aware of the $16.00 copy fee for your personal medical records

_Anthony Burgos_       2·26·16
Inmate Signature            Date



SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# INMATE GRIEVANCE INVESTIGATION

Date: **February 3, 2015**   Grievance #: **1434G09198/P# 8625-11**

Inmate's Name: **Anthony Burgos**   Booking #: **1408340661**

Investigation Conducted By: **Sergeant B. Zeigler**   Employee #: **Z0096**

## SUMMARY OF COMPLAINT AND FINDINGS

Burgos submitted a grievance and alleged Deputy Alejandro Barrero used unreasonable force on him at the Rancho Cucamonga Courthouse.

An administrative investigation was conducted by Sheriff's Internal Affairs Division.

## ACTION TAKEN

The allegation Deputy Barrero used unreasonable force has been "SUSTAINED."

Reviewed By: _Chris Fish_ CHRIS FISHER   Approved By: _[signature]_
Duty Lieutenant                                Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date              Time         Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____   _____
Inmate Signature                    Date

☐ Original: Inmate's Booking Jacket   ☐ Copy: Inmate   ☐ Copy: Administration

ASU#050402
Revised: 02/2014




JOHN McMAHON, SHERIFF-CORONER

January 29, 2016

Anthony Burgos  BK# 1511340725
West Valley Detention Center
9500 Etiwanda Avenue
Rancho Cucamonga, CA 91739

Dear Mr. Burgos:

Your letter was received at the San Bernardino County Sheriff's Internal Affairs Division and has been reviewed. According to California Penal Code §832.7, and other sections of the California Government Code, the investigation into your complaint is considered confidential. This restricts our ability to disclose specific details of our investigation. The department is limited to providing you with only the determinations specific to your matter.

However, you are welcome to submit a public records request for the photographs, surveillance video and copies of prior grievances you desire. This request can be sent to the San Bernardino County Sheriff's Department Civil Liabilities Division at the following address:

> San Bernardino County Sheriff's Department
> Civil Liabilities Division
> P.O. Box 569
> San Bernardino, CA  92402-0569

Additionally, any legal correspondence pertaining to your matters can also be directed to the Civil Liabilities Division.

Sincerely,

**JOHN McMAHON, SHERIFF-CORONER**

*SMK*

By: Shelley Krusbe, Sergeant
    Internal Affairs Division
    (909) 387-3726

JM:SK

---

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
655 East Third Street • San Bernardino, California 92415-0061     Post Office Box 569 • San Bernardino, California 92402-0569



Anthony J.B.
#1511348725 5C #1
9500 Etiwanda Ave
Rancho Cucamonga Ca,
91739

LEGAL
MAIL

Correspondence Clerk
Western Division
312 N. Spring Street Rm: G-8
Los Angeles Ca,
90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY:           DEPUTY

