UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY J. BURGOS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO BARRERO,<br><br>    Defendant. | Case No.: EDCV 16-0429 JFW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. The Motion to Dismiss the First Amended Complaint filed by defendant Alejandro Barrero ("Defendant") is DENIED; and

//
//

3. Defendant is ordered to file and serve his Answer to the First Amended Complaint within twenty-one (21) days of the date of this Order.

Dated: August 16, 2017

_____
JOHN F. WALTER
United States District Judge